UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY L. WEBB,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY PUBLIC DEFENDER ASSOCIATIONS, *et al.*,<br><br>Defendants. | Case No. C18-1090-MJP<br><br>ORDER DISMISSING ACTION |

At Plaintiff's request, this matter was continued until October 12, 2018, to give him a chance to file objections to the Report and Recommendation. No objections were filed by the extension deadline.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's civil rights complaint (Dkt. 1-1) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B).

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this __18th___ day of ___October___, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER DISMISSING ACTION
PAGE - 2